# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMES WIGGINS**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**SERVICE MEASURE LLC**,<br><br>Defendant. | Complaint - Class Action<br><br>Jury Trial Demanded<br><br>Civil Case No.: |

### CONSENT TO SUE

    I hereby consent to be a Plaintiff in the Fair Labor Standards Act case captioned above. I hereby consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid overtime wages, liquidated damages, attorney's fees, costs and other relief) and applicable state wage and hour law against the Defendant(s). I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** *James Wiggins*      **Dated:** 03 / 03 / 2025

**Name:** James Robert Wiggins

Doc ID: cd56018403bba615885b948fb1a1b0bdcc5730f8