

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4021 Direct
Jason.Zoldessy@jacksonlewis.com

September 19, 2025

**VIA ECF**

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:        **Wiggins v. Service Measure LLC**
                          **Case No. 1:25-cv-1451 (DG) (LKE)**

Dear Judge Eshkenazi:

      We represent Defendant Service Measure LLC in connection with the above-referenced case. Pursuant to Your Honor's Order in FLSA Case Requiring Discovery and Setting Initial Pretrial Discovery and Mediation Schedule ("the Order") dated May 28, 2025 (Dkt. 10), we submit this status report jointly with Plaintiff's counsel. The parties participated in a Court-sponsored mediation session on September 3, 2025. Subsequent to the mediation session Defendant served, and Plaintiff accepted, an offer of judgment which was filed with the Court on September 12, 2025. See Dkt. 14. Accordingly, the parties respectfully request that the Court enter judgment in accordance with Yu v. Hasaki Restaurant, Inc., 944 F.3d 395 (2d Cir. 2019).

      We appreciate the Court's attention to this matter.

                                                  Respectfully submitted,

                                                  JACKSON LEWIS P.C.

                                                  Jason A. Zoldessy

cc:       Nicholas R. Conlon, Esq.

4919-7631-6010, v. 1